

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CR 10 - 931

JEG:MLY
F.#2010R01153

271 Cadman Plaza East
Brooklyn, New York 11201

December 1, 2010

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 01 2010 ★
BROOKLYN OFFICE

MATSUMOTO, J.
AZRACK, M.J.

<u>By Hand</u>

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States v. Irma Nusfaumer</u>

Dear Judge Matsumoto:

Pursuant to Chief Judge Dearie's Administrative Order dated February 27, 2008 ("Administrative Order"), the government hereby certifies to the Court that the above-captioned case is properly related to <u>United States v. Courtney Dupree et al.</u>, 10 CR 627 (KAM) ("<u>Dupree</u>").

The Administrative Order provides in relevant part:

[N]otwithstanding any provision of Rule 50.3 of the Rules for the Division of Business Among District Judges, the Clerk of the Court is directed to assign all criminal cases randomly, unless the United States Attorney certifies in writing at the time of filing that a case to be assigned satisfies one of the three conditions in Rule 50.3(c), or involves the same specific conduct that is a subject of a pending case.

This letter constitutes the certification contemplated by the Administrative Order. Relation is appropriate in this case pursuant to the Administrative Order because Irma Nusfaumer's case involves "the same specific conduct that is a

subject of a pending case," namely <u>Dupree</u>.  Specifically, Nusfaumer is charged with participating in the same conspiracy charged in <u>Dupree</u>.  Relation is therefore appropriate.

                        Respectfully submitted,

                        LORETTA E. LYNCH
                        United States Attorney

By: _____
    Margo K. Brodie
    Assistant U.S. Attorney
    Deputy Chief, Criminal Division
    (718) 254-6277


_____
Michael L. Yaeger
Assistant U.S. Attorney
(718) 254-6075


cc:  Clerk of the Court (KAM)
     Susan Kellman, Esq.